TS-8320                                                                1

En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| In Re:<br><br>David Crespo Segarra<br>      Querellado | 98TSPR116 |

Número del Caso: TS-8320

Abogada Parte Qurellante:        Lcda. Carmen H. Carlos
                                 Directora Oficina de
                                 Inspección de Notarías

Abogado Parte Querellada:        Por Derecho Propio

Fecha: 8/11/1998

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    David Crespo Segarra                    TS-8320


                          PER CURIAM


        San Juan, Puerto Rico, a 11 de agosto de 1998.


        El 28 de junio de 1996, separamos al Lcdo. David Crespo
Segarra del ejercicio de la profesión de abogado por haber
incumplido con su deber de pagar las cuotas del Colegio de
Abogados de Puerto Rico.  El 16 de diciembre de ese mismo
año, luego que el Colegio compareciera indicándonos que el
licenciado Crespo Segarra había pagado sus cuotas atrasadas
y que éste también compareciera ofreciendo disculpas por su
incumplimiento, lo reinstalamos al ejercicio de la profesión
de abogado.

        El 2 de septiembre de 1997, la Oficina de Inspección de
Notarías      nos      rindió      un      informe      sobre      el

estado de la notaría del licenciado Crespo Segarra para los años 1995 y 1996. Nos expresó la Directora de dicha Oficina que, a pesar de haberle enviado al licenciado Crespo Segarra un informe de deficiencias de la obra notarial incautada, requiriéndole corrigiese la misma, éste nunca contestó dicho requerimiento. El 26 de septiembre de ese mismo año emitimos una resolución mediante la cual le concedimos un término para que corrigiese las deficiencias señaladas por la Oficina de Inspección de Notarías y para que compareciera ante este Tribunal y mostrara causa por la cual no debería ser disciplinado suspendiéndolo indefinidamente de la práctica de la abogacía por su incumplimiento con sus deberes en la notaría. Le apercibimos además que su incumplimiento con esta resolución conllevaría la suspensión automática del ejercicio de la abogacía.

El 30 de octubre de 1997 el licenciado Crespo Segarra presentó una moción mediante la cual nos solicitó treinta (30) días para cumplir con los requerimientos de la Oficina de Inspección de Notarías. El 21 de noviembre le concedimos término adicional para cumplir con los mismos relacionados con su notaría. En esa ocasión también le apercibimos que su incumplimiento con los términos de dicha resolución conllevaría la suspensión automática del ejercicio de la profesión de abogado. El 24 de abril de 1998 la Directora de la Oficina de Inspección de Notarías compareció y nos informó que a pesar de haber transcurrido varios meses desde que venciera el término que le dimos al licenciado Crespo Segarra para cumplir con los requerimientos de dicha Oficina, éste aún no había dado cumplimiento a nuestra resolución. El 22 de mayo de 1998, le concedimos al licenciado Crespo Segarra un último plazo para cumplir con los requerimientos de la Oficina de Inspección de Notarías y para que mostrara causa por la cual no debía ser disciplinado. También le indicamos que su incumplimiento con los términos de esta resolución conllevaría la suspensión automática de la abogacía sin ulteriores procedimientos. Esta resolución le fue notificada personalmente al licenciado Crespo Segarra.

A pesar de que hace aproximadamente dos (2) meses que venció el término que le concedimos al licenciado Crespo Segarra, éste aún no ha dado cumplimiento a nuestra resolución.

A tenor con lo antes expuesto, por la desidia, dejadez y menosprecio en el cumplimiento con las órdenes de este Tribunal, a pesar de las múltiples oportunidades que se le han brindado, se suspende al Lcdo. David Crespo Segarra indefinidamente del ejercicio de la profesión de abogado.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

   David Crespo Segarra                    TS-8320

SENTENCIA

   San Juan, Puerto Rico, a 11 de agosto de 1998.

   Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente, se suspende indefinidamente al Lcdo. David Crespo Segarra del ejercicio de la profesión de abogado.

   Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo